JAP:JPN

M09 0562

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MARK THOMPSON,

Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

JOSEPH PITRUZZELLO, being duly sworn, deposes and
states that he is a Deputy United States Marshal duly appointed
according to law and acting as such.

Upon information and belief, on or about June 7, 2009,
within the Eastern District of New York and elsewhere, the
defendant MARK THOMPSON, having been convicted of an offense, did
knowingly and intentionally escape from the custody of the
Attorney General or his authorized representative.

(18 U.S.C. § 751(a)).

The source of your deponent's information and the
grounds for his belief are as follows:[1]

---

[1]     Because the purpose of this Complaint is to set forth
only those facts necessary to establish probable cause to arrest,
I have not described all of the relevant facts and circumstances
of which I am aware.  In addition, when I rely on statements made
by others, such statements are set forth in part and in substance
unless otherwise indicated.

1.    On or about October 12, 2005, the defendant MARK THOMPSON was sentenced by the Judge Nicholas G. Garaufis of the United States District Court for the Eastern District of New York to a term of 97 months' imprisonment and remanded to the custody of the Attorney General of the United States.  The defendant was sentenced in connection with a conviction for possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841.  The defendant's term of imprisonment was subsequently reduced to 78 months.

2.    On or about April 28, 2009, the defendant MARK THOMPSON was transferred from F.C.I. Petersburg in Petersburg, Virgina to the Brooklyn Residential Reentry Center ("BRRC").  The defendant's term of custody was scheduled to be completed on October 24, 2009.

3.    On or about June 7, 2009, at approximately 10:50 a.m., the defendant Mark Thompson signed out of the BRRC on a religious pass.  The defendant was to report back to the BRRC at 2:20 p.m. on June 7, 2009.  The defendant failed to return to the BRRC.   The defendant was scheduled to remain at the facility until October 24, 2009.

4.    As of this date, the defendant MARK THOMPSON has failed to return to the BRRC.

      WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant MARK THOMPSON so that he may be dealt with according to law.

JOSEPH PITRUZZELLO
Deputy Marshal
U.S. Marshals Service

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK